THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 David Harrell,
 Jr., Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Dorchester County
Diane Schafer Goodstein, Circuit Court
Judge

Memorandum Opinion No.  2011-MO-025
 Submitted September 22, 2011  Filed
September 26, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Joshua Kendrick, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot,
 and Assistant Attorney General Mary S. Williams, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the denial of Petitioner's application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted. 
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.